UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24-cr-308-MSS-TGW

JAVARUS POLITE

18 U.S.C. § 1343

**SEALED**

JUL 2 2024 PM 4:07
FILED - USDC - FLMD - TPA

### INDICTMENT

The Grand Jury charges:

#### COUNT ONE
#### (Wire Fraud)

**A. Introduction**

At times relevant to this Indictment:

1. JAVARUS POLITE, a resident of the Middle District of Florida, falsely and fraudulently represented himself as a sole proprietor of an entertainment and promotional business in order to obtain a federal Paycheck Protection Program ("PPP") loan to which he was not entitled.

**The Small Business Administration**

2. The United States Small Business Administration ("SBA") was an executive branch agency of the United States government that provided support to entrepreneurs and small businesses.

3. In or around March 2020, the President declared the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic of sufficient severity and

magnitude to warrant an emergency declaration for all states, tribes, territories, and the District of Columbia pursuant to section 501(b) of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. 5121-5207. The President also signed into law the Coronavirus Aid, Relief, and Economic Security ("CARES") Act and the Families First Coronavirus Response Act.

4. The SBA enabled and provided for loans through banks, credit unions, and other lenders. These loans had government-backed guarantees. In addition to traditional SBA funding programs, the CARES Act, established several new temporary programs and provided for the expansion of others to address the COVID-19 outbreak, which was declared a nationwide disaster by the President on March 13, 2020.

5. One of the new loan programs was the SBA PPP, which was a loan designed, in part, to provide a direct incentive for small businesses to keep their workers on the payroll. Under this program, the SBA could forgive all or part of the borrowing businesses' loans provided that employees were kept on the payroll for eight weeks and borrowers submitted documentation confirming that the loan proceeds were used for certain qualifying business expenses (i.e., payroll, rent, mortgage interest, or utilities).

6. Interested applicants applied through an existing SBA lender or any other participating federally-insured financial institution. The PPP application process required applicants to submit a Borrower Application Form through an SBA-approved financial entity. The application contained information as to the purpose of

the loan, average monthly payroll, number of employees, and background of the business and its owner. Applicants were also required to make certain good faith certifications, including that economic uncertainties had necessitated their loan requests for continued business operations, and that they intended to use loan proceeds only for the authorized purposes.

7. Financial Institution #1 was a financial institution that was headquartered outside the State of Florida. JAVARUS POLITE maintained an account in his name at Financial Institution #1.

8. Lender #1 participated in the SBA's PPP as a lender, and as such, was authorized to lend funds to eligible borrowers under the terms of the PPP.

### B. The Scheme and Artifice

9. Beginning on an unknown date, but no later than in or around February 2021, and continuing through at least in or around March 2021, in the Middle District of Florida and elsewhere, the defendant,

JAVARUS POLITE,

did knowingly and intentionally devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises about a material fact.

### C. Manner and Means of the Scheme and Artifice

10. The manner and means by which the defendant sought to accomplish the scheme and artifice included, among others, the following:

3

a. It was part of the scheme and artifice that the defendant would and did prepare and submit, and cause to be prepared and submitted, a materially false and fraudulent application to a federal government program tailored to provide benefits and relief to businesses and workers negatively impacted by the COVID-19 pandemic, including the SBA PPP program.

b. It was further a part of the scheme and artifice that, in order to induce Lender #1 to fund the PPP loan, the defendant would and did prepare and submit, and cause to be prepared and submitted, a false and fraudulent application to Lender #1 that included multiple materially false and fraudulent representations and pretenses, including:

   i. overstating the gross income for the defendant's entertainment and promotional business;

   ii. representing and certifying that loan proceeds would be used for business-related purposes; and

   iii. fraudulently affirming the truth of statements in the application.

c. It was further a part of the scheme and artifice that the defendant would and did submit, and cause to be submitted, false and fraudulent documentation in support of said applications, including Department of Treasury – Internal Revenue Service 2019 Form 1040, Schedule C, Profit and Loss from Business statements.

d.  It was further a part of the scheme and artifice that the defendant would and did cause Lender #1 to approve the PPP loan application and cause to be transmitted PPP loan proceeds via interstate wire transfers to Financial Institution #1.

e.  It was further a part of the scheme and artifice that the defendant would and did use the PPP funds, and cause the PPP funds to be used, for unauthorized purposes and for his own personal enrichment and the enrichment of others.

f.  It was a further part of the scheme and artifice that the defendant would and did perform acts and make statements to promote and achieve the scheme and artifice and to misrepresent, hide, and conceal the scheme and artifice and the acts committed in furtherance thereof.

### D.  **Execution of the Scheme and Artifice**

11.  On or about the date set forth below, in the Middle District of Florida and elsewhere, the defendant,

**JAVARUS POLITE,**

for the purpose of executing the aforesaid scheme and artifice, knowingly and intentionally transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures, and sounds described below:

| COUNT | DATE OF WIRE | DESCRIPTION OF WIRE |
|---|---|---|
| ONE | March 9, 2021 | A wire transfer in the amount of $20,833.33 in PPP funds, sent from outside of Florida to a Financial Institution #1 account in the defendant's name within the Middle District of Florida |

All in violation of 18 U.S.C. § 1343.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1343, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of approximately $20,833.33, which represents the proceeds the defendant obtained from the offenses.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Merrilyn Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney

By: *[signature]*
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section

7

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

JAVARUS POLITE

INDICTMENT

Violations: 18 U.S.C. § 1343

A true bill,

███████████████████████
Foreperson

Filed in open court this 2nd day of July 2024.

*Eric Calderon*
Clerk

Bail $ _____